## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK ALLEN EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-09-0257-HE |
| ) | |
| PAYNE COUNTY SHERIFF'S ) | |
| OFFICE, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff Mark Allen Edwards, appearing pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 for alleged violations of his constitutional rights. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Bana Roberts. Judge Roberts has recommended that the action be dismissed without prejudice for failure to comply with court orders. The parties, by failing to object to the Report and Recommendation have waived their right to appellate review of the suggested dismissal. United States v. 2121 East 30th Street, 73 P.3d 1057, 1059-60 (10th Cir. 1996). After de novo review, the court concurs with the Magistrate Judge.

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #23] and **DISMISSES** the action without prejudice.

**IT IS SO ORDERED.**

Dated this 13 day of July, 2009.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE